IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN MURPHY d/b/a MURPHY
TRUCKING and VINCENT BANISTER                                    PLAINTIFFS

v.                            No. 4:20-cv-890-DPM

BUNGE NORTH AMERICA, INC. and
KRIS TILLIE                                                      DEFENDANTS

## ORDER

After about a decade of litigation, a state court dismissed an earlier version of this case without prejudice in 2019. Bunge and Tillie ask this Court for sunk attorney's fees and costs, plus a stay until Murphy and Banister pay. Murphy and Banister have not responded. The motion, *Doc. 7*, is granted as modified. The Court has reviewed the materials about all the prior work. The Court commends the pro rata reductions for work connected with now-absent plaintiffs. But, not all the sought fees are lost; the prior depositions retain value, though they will of course have to be reopened. And the requested hourly rate is, notwithstanding counsels' qualifications, a bit on the high side for this kind of work in central Arkansas. A blended rate of $250/hour is appropriate. As to Murphy, this case is stayed until he pays Bunge and Tillie $6,500 as a reasonable fee and costs. FED. R. CIV. P. 41(d); *Evans v. Safeway Stores, Inc.*, 623 F.2d 121, 122 (8th Cir. 1980). As to Banister,

the case is stayed until he pays Bunge and Tillie $6,000 as a reasonable fee and costs.  *Ibid.*  The Court also administratively terminates this case.

    So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2020