IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JONATHAN MURPHY d/b/a MURPHY
TRUCKING and VINCENT BANISTER                                PLAINTIFFS

v.                            No. 4:20-cv-890-DPM

BUNGE NORTH AMERICA, INC. and
KRIS TILLIE                                                  DEFENDANTS

### ORDER

Six months ago, the Court ordered Murphy and Banister to pay some attorney's fees and costs previously incurred by Bunge if they wanted to revive this long-running litigation. *Doc. 9.* The case has been stayed since. Murphy and Banister haven't paid anything. Bunge moves to dismiss this case with prejudice based on lack of prosecution. FED. R. CIV. P. 41(b). Murphy and Banister haven't responded to this new motion. The case needs to move forward or end. By 31 May 2021, Murphy and Banister must either pay the previously assessed fees and costs or show cause why the Court should not dismiss with prejudice for lack of prosecution. Bunge's motion, *Doc. 10*, is denied without prejudice. The Court will act on its own after evaluating the circumstances in sixty days.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2021