IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JONATHAN MURPHY d/b/a MURPHY TRUCKING and VINCENT BANISTER | PLAINTIFFS |
| v. No. 4:20-cv-890-DPM | |
| BUNGE NORTH AMERICA, INC. and KRIS TILLIE | DEFENDANTS |

## JUDGMENT

Murphy and Banister's complaint is dismissed with prejudice for failure to prosecute.

_____
D.P. Marshall Jr.
United States District Judge

4 June 2021